UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-00124-ODW (RAOx) | Date | October 16, 2024 |
|---|---|---|---|
| Title | *Cora Wong v. Modern HR, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                      **In Chambers**

On September 30, 2024, the Court lifted the stay in this action, and ordered Defendants to answer or otherwise respond to Plaintiff's Complaint by October 14, 2024. (ECF No. 21.) As of the date of this Order, Defendants have not answered or otherwise responded to Plaintiff's Complaint. Plaintiff is **ORDERED** to **SHOW CAUSE** in writing no later than **October 23, 2024**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Plaintiff's request for entry of default as to Defendants.
- Answer by Defendants.

In the event both documents are filed before the above date, the answer will take precedence.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-00124-ODW (RAOx) | Date | October 16, 2024 |
|---|---|---|---|
| Title | *Cora Wong v. Modern HR, Inc. et al.* | | |

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

                                                                                                                        :   00

Initials of Preparer     SE