UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-00124-ODW (RAOx) | Date | October 2, 2025 |
|---|---|---|---|
| Title | *Cora Wong v. Modern HR, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**                      **In Chambers**

On March 31, 2025, the parties filed a Joint Federal Rule of Civil Procedure ("Rule" or "Rules") 26(f) Report ("Joint Report") indicating that Plaintiff will seek leave to file the First Amended Complaint adding the estate of Defendant Neil Shekhter in place of Neil Shekhter, who has passed away. (Joint Report 5, ECF No. 33.)

In light of the parties' Joint Report, the Court issued the Scheduling and Case Management Order, providing that the deadline to hear motions to amend pleadings or add parties shall be September 29, 2025. (Scheduling Order, ECF No. 34.) As of the date of this Order, Plaintiff has not moved for leave to file the First Amended Complaint. Plaintiff is **ORDERED** to **SHOW CAUSE**, in writing only and no later than **October 17, 2025**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Plaintiff's request for leave to file First Amended Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-00124-ODW (RAOx) | Date | October 2, 2025 |
|---|---|---|---|
| Title | *Cora Wong v. Modern HR, Inc. et al.* | | |

    In accordance with Rule 78 and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED.**

                                                                      :    00

Initials of Preparer    SE